IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SYNETHIA L. WALKER,            )
                               )
     Plaintiff,                )
                               )
                               )   CIVIL ACTION NO.
     v.                        )    2:13cv675-MHT
                               )        (WO)
THE HOUSING AUTHORITY FOR      )
THE CITY OF MONTGOMERY,        )
ALABAMA,                       )
                               )
     Defendant.                )


JANET DeCRENY,                 )
                               )
     Plaintiff,                )
                               )
                               )   CIVIL ACTION NO.
     v.                        )    2:13cv846-MHT
                               )        (WO)
THE HOUSING AUTHORITY FOR      )
THE CITY OF MONTGOMERY,        )
ALABAMA, and SHANNELL          )
HARDWICK                       )
                               )
     Defendants.               )
```

**JUDGMENT ON PLAINTIFF JANET DeCRENY'S CLAIM AGAINST
DEFENDANT SHANNELL HARDWICK**

On the 5th day of March 2015, after this cause had been submitted to a jury, a verdict was returned as follows:

### I.  Liability

Do you find from a preponderance of the evidence:
...

#### Assault and Battery

    5. That Ms. DeCreny proved her assault and battery claim against Ms. Hardwick?

    Answer Yes or No          ____NO_____

    If your answer is "No," this ends your deliberations on assault and battery.  If your answer is "Yes," consider this in the damages section.

### II.  Damages

Do you find from a preponderance of the evidence:
...

    3. That Ms. DeCreny should be able to recover compensatory damages for emotional suffering and mental anguish against Ms. Hardwick for her assault and battery claim?

    Answer Yes or No          ____NO_____

If your answer is "Yes,"
in what amount?      $_____

    4. That Ms. DeCreny should be able to recover compensatory damages for medical expenses against Ms. Hardwick for the assault and battery claim?
      Answer Yes or No      _____NO_____

If your answer is "Yes,"
in what amount?    $_____

S<small>O</small> S<small>AY</small> W<small>E</small> A<small>LL</small>.
__/s/ E Flynn_____
Foreperson's Signature   D<small>ATE</small>:  __3/5/15_____

It is therefore the ORDER, JUDGMENT, and DECREE of the court that, based on the verdict (doc. no. 93), judgment is entered in favor of defendant Shannell Hardwick and against plaintiff Janet DeCreny, with plaintiff DeCreny taking nothing in her complaint against defendant Hardwick.

It is further ORDERED that costs are taxed against plaintiff DeCreny, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**These cases are closed.**

**DONE, this the 6th day of March, 2015.**

                                    **/s/ Myron H. Thompson**
                                 **UNITED STATES DISTRICT JUDGE**