IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SYNETHIA L. WALKER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:13cv675-MHT |
| | ) | (WO) |
| THE HOUSING AUTHORITY FOR | ) | |
| THE CITY OF MONTGOMERY, | ) | |
| ALABAMA, | ) | |
| | ) | |
|    Defendant. | ) | |

| | | |
|---|---|---|
| JANET DeCRENY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:13cv846-MHT |
| | ) | (WO) |
| THE HOUSING AUTHORITY FOR | ) | |
| THE CITY OF MONTGOMERY, | ) | |
| ALABAMA, and SHANELL | ) | |
| HARDWICK | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

The court having been orally informed that these causes are now settled, it is ORDERED that all outstanding motions are denied as moot.

**This case remains closed.**

**DONE, this the 5th day of May, 2015.**

                                                    **/s/ Myron H. Thompson**
                                        **UNITED STATES DISTRICT JUDGE**