IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SYNETHIA L. WALKER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:13cv675-MHT |
| | ) | (WO) |
| THE HOUSING AUTHORITY FOR | ) | |
| THE CITY OF MONTGOMERY, | ) | |
| ALABAMA, | ) | |
| | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| JANET DeCRENY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:13cv846-MHT |
| | ) | (WO) |
| THE HOUSING AUTHORITY FOR | ) | |
| THE CITY OF MONTGOMERY, | ) | |
| ALABAMA, and SHANNELL | ) | |
| HARDWICK | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 114), it is the ORDER, JUDGMENT, and DECREE of the court that these causes are dismissed in their

entirety with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases remain closed.

DONE, this the 22nd day of October, 2015.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**